May Term,
1822.

SAVAGE
v.
MERIAM.

---

### SAVAGE and Others, Administrators of PRENTISS, v. MERIAM and Another.

If the plaintiff sue as administrator, where he might have sued in his own name, he need not make profert of the letters of administration.

Thursday,
May 9.

APPEAL from the *Martin* Circuit Court.—Debt on a writing obligatory payable to the plaintiffs, as administrators of the es-

tate of *Prentiss*, deceased. The defendants demurred specially to the declaration, and showed for cause, that there was no profert of the letters of administration. Judgment on the demurrer in favour of the defendants.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded for further proceedings (1).

*Kinney*, for the appellants.

*Hurst*, for the appellees.

May Term,
1822.

(1) There was no occasion for the plaintiffs, in this case, to describe themselves as administrators: they might have sued in their own right; and, therefore, profert of the letters was unnecessary. So, in an action on a judgment obtained by the plaintiff as administrator, he need not make profert of the letters of administration. And if he names himself as administrator, it may be rejected as surplusage. The reason is, the judgment is considered a debt due to the plaintiff in his personal capacity, and he may declare that the debt is due to himself. *Crawford, adm'r,* v. *Whittal,* 1 Doug. 4, note 1.—*Bonafous* v. *Walker,* 2 T. R. 126, 128.—*Tallmage, adm'r,* v. *Chappel,* 16 Mass. 71.—*Biddle, adm'r,* v. *Wilkins,* 1 Peters, 686.